MILLER et al. v. CORLEY et al. (Supreme Court of Arkansas. April 30, 1917.) Appeal from Benton Chancery Court; T. H. Humphreys, Chancellor.

PER CURIAM. Compromised, and appeal dismissed, on appellants' motion.

———

O'BAR v. SIDES et al. (Supreme Court of Arkansas. June 11, 1917.) Appeal from Clay Circuit Court, Eastern District; W. J. Driver, Judge.

PER CURIAM. Appeal dismissed on motion of appellees.

———

RAY v. RAINER et al. (Supreme Court of Arkansas. June 18, 1917.) Appeal from Mississippi Chancery Court, Osceola District; Archer Wheatley, Special Chancellor.

PER CURIAM. Appeal dismissed for non-compliance with rule 9.

———

SPAIN et al. v. CITY OF PARAGOULD. (Supreme Court of Arkansas. July 9, 1917.) Appeal from Green Chancery Court; C. D. Frierson, Chancellor.

PER CURIAM. Appeal dismissed for failure to lodge transcript in Supreme Court within the time limited by the statute.

———

STEWART BROS. & CO. v. HAWKINS et al. (Supreme Court of Arkansas. May 1, 1917.) Appeal from Chicot Chancery Court; Zachariah T. Wood, Chancellor.

PER CURIAM. Appeal dismissed on appellant's motion.

———

TEMPLETON et al. v. MAMA. (Supreme Court of Arkansas. April 9, 1917.) Appeal from Circuit Court, Sebastian County, Ft. Smith District; Paul Little, Judge.

PER CURIAM. Appellee's motion to affirm superseded judgment overruled, for want of jurisdiction, the time for appeal having expired; but the appeal was dismissed, and ordered certified down for enforcement of the judgment, and for action against the supersedeas bond, if necessary.

———

VIA v. DORRIS. (Supreme Court of Arkansas. March 19, 1917.) Appeal from Circuit Court, Mississippi County, Osceola District; W. J. Driver, Judge.

PER CURIAM. Appeal dismissed for non-compliance with rule 9.

———

WATKINS et al. v. BLANKE–WENEKE CANDY CO. (Supreme Court of Arkansas. May 21, 1917.) Appeal from Boone Chancery Court; S. W. Woods, Special Chancellor.

PER CURIAM. Appeal dismissed for non-compliance with rule 9.

———

BANKS v. STATE. (No. 4603.) (Court of Criminal Appeals of Texas. Oct. 17, 1917.) Appeal from District Court, Collin County; C. T. Freeman, Judge. Maude Banks was convicted of crime, and she appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. This appeal is from a verdict and judgment condemning appellant to confinement in the penitentiary for a period of two years for the offense of selling intoxicating liquors in territory in which such sale is prohibited. The prosecution is founded upon a valid indictment, and the record contains neither bills of exception nor statement of facts. There being no error disclosed, the judgment is affirmed.

———

Ex parte FINKS. (No. 4774.) (Court of Criminal Appeals of Texas. Oct. 17, 1917.) Appeal from District Court, Falls County; W. A. Patrick, Judge. Habeas corpus by Frank Finks to be admitted to bail. From the judgment and order refusing bail, Finks appeals. Reversed, and bail granted. Nat Llewellyn, of Marlin, Joe W. Taylor, of Waco, and W. W. Hair, of Temple, for appellant. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from the judgment and order of the district judge refusing bail on a habeas corpus hearing. We have carefully read the testimony. Under the law, there is no question but that appellant was entitled to bail. The judgment of the district judge denying bail is reversed, and the applicant is admitted to bail in the sum of $10,000. Upon the execution by him, with proper sureties, of a proper bail bond, the sheriff is directed to discharge him thereunder. Reversed, and bail granted.

———

GONZALES v. STATE. (No. 4584.) (Court of Criminal Appeals of Texas. Oct. 10, 1917.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Felix Gonzales was convicted of murder, and appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. From a conviction of murder this appeal is prosecuted, but without a statement of facts or bill of exceptions. Without these there is nothing presented which can be reviewed. The judgment is therefore affirmed.

———

GOSS v. STATE. (No. 4580.) (Court of Criminal Appeals of Texas. Oct. 10, 1917.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. John Goss was convicted of burglary, and he appeals. Judgment affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. The trial resulted in a conviction for burglary, with two years' punishment awarded. The record contains neither a bill of exceptions nor statement of facts. Without these the matters set up in the amended motion for new trial cannot be revised, there being no question raised for discussion. As the record is presented, the judgment is affirmed.

———

GUTERREZ v. STATE. (No. 4570.) (Court of Criminal Appeals of Texas. Oct. 10, 1917.) Appeal from District Court, Bee County; F. G. Chambliss, Judge. Francisco Guterrez was convicted of rape, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from a conviction for rape on a girl under 15 years of age, but without a statement of facts or bill of exceptions, and no question raised which can be considered in the absence of these. The judgment is therefore affirmed.

———

JONES v. STATE. (No. 4585.) (Court of Criminal Appeals of Texas. Oct. 10, 1917.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Challie Jones

was convicted of theft, and appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. Appellant was indicted and convicted of theft, and punishment fixed at two years' confinement in the penitentiary. The indictment appears regular, and there are no questions raised for review. There are neither bills of exception nor statement of facts. The judgment of the lower court is affirmed.

---

Ex parte MARLIN. (No. 4772.) (Court of Criminal Appeals of Texas. Oct. 17, 1917.) Appeal from District Court, Falls County; W. A. Patrick, Judge. Application for habeas corpus on behalf of Eugene Marlin. From a judgment denying bail, relator appeals. Judgment reversed, and bail fixed. Nat Llewellyn, of Marlin, Joe W. Taylor, of Waco, and W. W. Hair, of Temple, for appellant. E. B. Hendricks. Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Relator was charged with murder. Upon the hearing of his application for writ of habeas corpus, he was denied bail. We have read the record, and without discussing the facts, or giving the reasons for our conclusion, we are of opinion relator is entitled to bail. The judgment is therefore reversed, and bail is fixed in the sum of $10,000, the bond to be taken and approved by the sheriff of Falls county in that amount, upon the execution of which bond in the terms of the law relator will be discharged from custody.

---

Ex parte MITCHELL. (No. 4661.) (Court of Criminal Appeals of Texas. Oct. 10, 1917.) Appeal from District Court, Knox County; J. H. Milam, Judge. Habeas corpus proceedings by Will Mitchell, seeking bail. From an order denying bail, relator appeals. Reversed, and appellant admitted to bail. See, also, 196 S. W. 540. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from the denial of bail by the district judge, on a habeas corpus trial. We have read and considered the statement of facts. Our conclusion is that the district judge erred in refusing bail. We think, under the law and the facts, appellant was clearly entitled to bail. The judgment denying bail will therefore be reversed, and upon his executing in accordance with the law the proper bail bond in the sum of $7,500 he will be discharged. Reversed, and appellant admitted to bail.